AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| Andrew Todd Strome | ) | Case No. 3:26-mj-00011 |
| | ) | |
| Defendant | ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Andrew Todd Strome,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) - Threats to Federal Law Enforcement Officer

18 U.S.C. § 111(a)(1) - Assault on a Federal Officer

Date: January 22, 2026

*Issuing officer's signature*

City and state: Portland, Oregon    Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/26/26 and the person was arrested on *(date)* 1/26/26
at *(city and state)* Portland, Oregon

Date: 1/26/26

*Arresting officer's signature*

*Printed name and title*